## 58355. NABISCO, INC. v. WALKER.

QUILLIAN, Presiding Judge.

This is an appeal from a judgment of the superior court which affirmed an award of the State Board of Workers' Compensation. *Held:*

Affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Smith and Birdsong, JJ., concur.*

ARGUED SEPTEMBER 10, 1979 — DECIDED SEPTEMBER 26, 1979.

*Andrew R. Greene,* for appellant.
*Larry Jewett,* for appellee.